## (January 31, 1974)

JOHN M. NIEDERMEYER et al., Individually and as Shareholders of World Communications Corporation, Appellants, v. WORLD COMMUNICATIONS CORPORATION et al., Respondents.—Judgment, Supreme Court, New York

County, entered on October 23, 1973, and four orders of said court entered on March 15, April 16, July 24 and September 10, 1973, respectively, unanimously affirmed, without costs and without disbursements. The orders appealed from having been reviewed on appeal from the judgment, the separate appeals taken from the orders are dismissed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Murphy, Tilzer, Capozzoli and Lane, JJ.